No. 55266.—Tropical Hobbyland v. United States, protests 166202–K and 166203–K (Tampa).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of Alfred Mazer v. United States (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiff was sustained.

No. 55267.—A. N. Deringer, Inc. v. United States, protests 149677–K, etc. (St. Albans, Vt.).

Opinion by CLINE, J. At the trial Government counsel conceded that the issue is the same as that involved in United States v. Myers & Co. (11 Ct. Cust. Appls. 409, T. D. 39322). On the record presented it was held that 10 percent of the total weight of the imported merchandise is dutiable at 5 percent ad valorem under paragraph 1530 (a), as modified by the trade agreement with Paraguay (T. D. 51649), and that the balance thereof is dutiable at 3 cents per pound under paragraph 701.

No. 55268.—A. Tarantino & Sons v. United States, protest 156385–K (San Francisco).

Opinion by CLINE, J. It appearing from the record that the protest was filed more than 60 days after liquidation, the motion to dismiss was granted.

No. 55269.—Phil Kronfeld, Inc., et al. v. United States, protests 161697–K (B), etc. (New York).

Opinion by EKWALL, J. It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currencies involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732. In view of this stipulation and following the cited decision it was held that the currencies of the invoices covered by certain enumerated entries should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.

No. 55270.—Armand Schmoll, Inc., et al. v. United States, protests 974898–G, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.